IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| ANDREW J. SCHNEIDER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANIEL E. MEINERT, INDIVIDUALLY; )<br>)<br>Defendant, ) | 2:18-CV-00064-CRE |

## **ORDER**

AND NOW, this 21st day of March, 2019,

Upon consideration of Defendant's motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 20),

IT IS HEREBY ORDERED that said motion is granted in part and denied in part. Specifically, it is ORDERED that Defendant's motion be denied with respect to Count I and granted with respect to Count II which is dismissed with prejudice.

IT IS FURTHER ORDERED that Defendant shall file an answer by April 11, 2019.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF

1